SEAL

PHILLIP A. TALBERT
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED

APR 1 8 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA TO SEARCH INFORMATION ASSOCIATED WITH EMAIL ACCOUNTS IDENTIFIED IN ATTACHMENT A THAT IS STORED AT PREMISES CONTROLLED BY THE CALIFORNIA ATTORNEY GENERAL'S OFFICE | CASE NO. 2:17-SW-0275 AC<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 4/18/17

_____
Hon. Allison Claire
U.S. MAGISTRATE JUDGE

SEALING ORDER

1